## Commonwealth *v.* Harden, Appellant.

Argued March 19, 1975.

*Gerald J. Haas,* for appellant; *Pierre B. Pié, II,* Assistant District Attorney, with him *Mark Sendrow* and *Steven H. Goldblatt,* Assistant District Attorney, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Hoffman, Appellant.

Argued March 10, 1975. *N. A. Patterson,* for appellant; *Keith B. Quigley,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.